No. 501, Misc.   LEE v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 502, Misc.   UNITED STATES EX REL. KING v. MCNEILL, DIRECTOR, MATTEAWAN STATE HOSPITAL, ET AL. C. A. 2d Cir.   Certiorari denied

No. 506, Misc.   FLOYD v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 507, Misc.   HALL v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 511, Misc.   GILLIAM v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 513, Misc.   LA BOSTRIE v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 514, Misc.   DELGADO DE JESUS v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.   Supreme Court of Appeals of Virginia.   Certiorari denied.